1 | **Rickey Ivie, (SBN 76864)**
Rivie@imwlaw.com
2 | **Antonio K. Kizzie, Esq. (SBN 279719)**
akizzie@imwlaw.com
3 | **IVIE, McNEILL & WYATT**
444 South Flower Street, Suite 1800
4 | Los Angeles, California 90071
Telephone:  (213) 489-0028
5 | Facsimile:   (213) 489-0552

Attorneys for Plaintiff **MITCHELL COLEMAN**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MITCHELL COLEMAN, | Case No.: 2:16-CV-112 JFW (MRWx) |
|---|---|
| Plaintiff, | **ORDER RE: JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION AS TO ALL REMAINING DEFENDANTS** |
| vs. | |
| CITY OF LOS ANGELES, OFFICER HUGOBOOM #41159, an individual, OFFICER CLARK #34459, an individual, and DOES 1 THROUGH 20, inclusive. | |
| Defendants. | |

1

ORDER RE: JOINT STIPULATION RE: DISMISSAL

## ORDER

IT IS HEREBY ORDERED, that pursuant to the stipulation between the parties, the above-entitled case shall be dismissed WITH PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: March 29, 2017

**HON. JOHN F. WALTER**
**Judge of United States District Court, Central District**